Case 07-71455   Doc 36   Filed 02/29/08   Entered 02/29/08 09:54:39   Desc Main
Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAMES C. EGELSTON & MARGARET M. EGELSTON          Case Number: 07-71455
746 NANTUCKET WAY              SSN-xxx-xx-9700 & xxx-xx-5831
ISLAND LAKE, IL  60042-9599

Case filed on: 5/22/2007
Plan Confirmed on:
U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $4,833.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 002 | CITIFINANCIAL MORTGAGE CO. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | TIMOTHY K. LIOU | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ARROW FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ARROW FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | TRS RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JAMES C. EGELSTON | 0.00 | 0.00 | 3,061.67 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 3,061.67 | 0.00 |
| 001 | AMERICAN GENERAL FINANCIAL SERVICES | 13,405.49 | 13,405.49 | 0.00 | 0.00 |
| 003 | CITIFINANCIAL MORTGAGE CO. | 7,357.52 | 7,357.52 | 0.00 | 0.00 |
| 005 | FORD MOTOR CREDIT | 5,887.06 | 5,887.06 | 389.42 | 301.74 |
| 006 | GENERAL MOTORS ACCEPTANCE CORP. | 8,220.12 | 8,220.12 | 543.78 | 421.26 |
|  | Total Secured | 34,870.19 | 34,870.19 | 933.20 | 723.00 |
| 007 | ABC 2000 ROOFING & SIDING | 0.00 | 160.26 | 0.00 | 0.00 |
| 008 | AMERICAN GENERAL FINANCIAL SERVICES | 2,673.74 | 269.78 | 0.00 | 0.00 |
| 009 | AMERIQUEST | 0.00 | 120.87 | 0.00 | 0.00 |
| 010 | AT&T | 0.00 | 24.34 | 0.00 | 0.00 |
| 011 | GE MONEY BANK | 0.00 | 884.75 | 0.00 | 0.00 |
| 013 | GEICO CASUALTY COMPANY | 0.00 | 5.49 | 0.00 | 0.00 |
| 014 | HOUSEHOLD BANK | 0.00 | 335.81 | 0.00 | 0.00 |
| 016 | LA SALLE BANK | 0.00 | 23.83 | 0.00 | 0.00 |
| 018 | NICOR GAS | 0.00 | 56.09 | 0.00 | 0.00 |
| 019 | THE LAW OFFICE OF DAVID R. GERVAIS | 0.00 | 25.23 | 0.00 | 0.00 |
| 020 | ASSET ACCEPTANCE CORP | 516.73 | 52.14 | 0.00 | 0.00 |
| 021 | ROUNDUP FUNDING LLC | 1,720.89 | 173.64 | 0.00 | 0.00 |
|  | Total Unsecured | 4,911.36 | 2,132.23 | 0.00 | 0.00 |
|  | Grand Total: | 39,781.55 | 37,002.42 | 3,994.87 | 723.00 |

Total Paid Claimant:     $4,717.87
Trustee Allowance:       $115.13           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00          discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                                   /s/ Lydia S. Meyer
                                                  Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 02/29/2008          By  /s/Heather M. Fagan